```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                      :

MICHAEL RUSSELL, *et al.*,             :

                                                  Plaintiffs,    :
                                                                 :           1:25-cv-7577-GHW

            -against-                 :

                                                                 :              ORDER

THE 3M COMPANY, *et al.*,              :

                                        Defendants.  :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on September 11, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than September 25, 2025. Additionally, counsel for Plaintiffs is directed to promptly file a notice of appearance in this case. Counsel for any Defendant who has been served and appeared in the Supreme Court of the State of New York case is also directed to promptly file a notice of appearance in this case. Counsel for Defendant The 3M Company is directed to serve a copy of this order on Plaintiffs, and to retain proof of service.

      SO ORDERED.

Dated: September 17, 2025
       New York, New York

                                                                  _____
                                                                      GREGORY H. WOODS
                                                                 United States District Judge